UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAREY F. DALY,

        Plaintiff(s),                                  No. C 08-4398 PJH

    v.                                           **JUDGMENT**

PEARL SPIRITS INC., et al.,

        Defendant(s).
_____/

        This action came on for hearing before the court and the issues having been duly heard and the court having granted the motion for summary judgment of defendants Pearl Spirits, Inc., Patrick Silvagnia, and David Lee

        and Defendant Luxco, Inc., having previously been dismissed, as well as all Doe defendants,

        it is Ordered and Adjudged

        that the complaint is dismissed with prejudice.

        IT IS SO ORDERED.

Dated: November 19, 2009

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                    United States District Judge