ALEXANDER M. WEYAND (SBN 108147)
aweyand@wynlaw.com
PAUL P. DeANGELIS (SBN 193913)
pdeangelis@wynlaw.com
REBECCA M. HOBERG (SBN 224086)
rhoberg@wynlaw.com
WEYAND LAW FIRM, A Professional Corporation
531 Howard Street, First Floor
San Francisco, CA 94105
Telephone: (415) 536-2800
Facsimile: (415) 536-2818

Attorneys for Defendants PATRICK SILVAGNIA
and DAVID LEE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAREY F. DALY,<br><br>Plaintiff,<br><br>v.<br><br>PEARL SPIRITS, INC., a California corporation, PATRICK SILVAGNIA, DAVID LEE, LUXCO, INC., a Missouri corporation and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 4:08-cv-04398-PJH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO SEEK FEES AND COSTS** |

The parties, Plaintiff CAREY F. DALY and Defendants PATRICK SILVAGNIA, DAVID LEE, and PEARL SPIRITS, INC., by and through their counsel of record, hereby stipulate and agree to extend the time for Defendants to file (1) a motion seeking attorneys fees and expenses, pursuant to Rule 37(c)(2) and Rule 11 of the Federal Rules of Civil Procedure, or under contract as a prevailing party, and (2) a bill of costs pursuant to Civil Local Rule 54-1.

To the extent that Civil Local Rule 54-4, relating to motions for attorneys fees, applies to a motion seeking to recover fees and expense under these Federal Rules, the current deadline for filing such a motion would be December 3, 2009. A motion for attorneys fees under contract is also due December 3, 2009. Pursuant to Civil Local Rule 54-1, the current deadline for filing a

1  bill of costs is December 3, 2009.

2  An extension of the above deadlines is necessary and desirable to allow time for the
3  parties to meet and confer regarding any such motion or bill of costs, and to explore possible
4  informal resolution of same or other options.

5  To ensure ample time to meet and confer, and taking into consideration the upcoming
6  holiday season, the parties agree that any such motion or bill of costs will not be filed prior to
7  December 30, 2009.

8  The parties further agree that any such motion or bill of costs shall be filed no later than
9  January 8, 2010.

10  **SO STIPULATED.**

11  Dated: December 3, 2009                    WEYAND LAW FIRM, P.C.
12
13                                              _____
                                                Alexander M. Weyand
14                                              Attorneys for Defendants PATRICK SILVAGNIA
                                                and DAVID LEE
15
16  Dated: December 3, 2009                    LAW OFFICES OF ERIC C. SHAW
17
18                                              _____
19                                              Eric C. Shaw
                                                Attorneys for Defendant PEARL SPIRITS, INC.
20
21  Dated: December 3, 2009                    LAW OFFICES OF PAUL J. STEINER
22
23                                              _____
                                                Paul J. Steiner
                                                Attorneys for Plaintiff CAREY F. DALY,
24                                              individually and as assignee

25  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26
27  Dated: 12/8/09
                                                *IT IS SO ORDERED*
28                                              Hon. Phyllis _____
                                                Judge Phyllis J. Hamilton

---

STIPULATION AND ORDER                    2                                      08-04398-PJH