ALEXANDER M. WEYAND (SBN 108147)
aweyand@wynlaw.com
PAUL P. DeANGELIS (SBN 193913)
pdeangelis@wynlaw.com
REBECCA M. HOBERG (SBN 224086)
rhoberg@wynlaw.com
WEYAND LAW FIRM, A Professional Corporation
531 Howard Street, First Floor
San Francisco, CA 94105
Telephone: (415) 536-2800
Facsimile: (415) 536-2818

Attorneys for Defendants PATRICK SILVAGNIA
and DAVID LEE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAREY F. DALY,<br><br>    Plaintiff,<br><br>    v.<br><br>PEARL SPIRITS, INC., a California corporation, PATRICK SILVAGNIA, DAVID LEE, LUXCO, INC., a Missouri corporation and DOES 1-100 inclusive,<br><br>    Defendants. | Case No. 4:08-cv-04398-PJH<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANTS TO SEEK FEES AND COSTS** |

The parties, Plaintiff CAREY F. DALY and Defendants PATRICK SILVAGNIA, DAVID LEE, and PEARL SPIRITS, INC., by and through their counsel of record, hereby stipulate and agree to extend the time for Defendants to file (1) a motion seeking attorneys fees and expenses, pursuant to Rule 37(c)(2) and Rule 11 of the Federal Rules of Civil Procedure, or under contract as a prevailing party, and (2) a bill of costs pursuant to Civil Local Rule 54-1.

Pursuant to the previous Stipulation and Order submitted by the parties and entered by the Court on December 8, 2009, the current deadline for the above motions and bill of costs is January 8, 2010.

The parties are currently attempting to reach an informal resolution of certain matters,

including the resolution of fees and costs. An extension of the above deadline is necessary and desirable to allow further time for the parties to attempt to reach such a resolution. The parties agree and stipulate that the time to file any such motion or bill of costs shall be extended to and including January 18, 2010.

**SO STIPULATED.**

Dated: January 7, 2010                    WEYAND LAW FIRM, P.C.


                                          ____/s/ Alexander M. Weyand_____
                                             Alexander M. Weyand
                                          Attorneys for Defendants PATRICK SILVAGNIA
                                          and DAVID LEE


Dated: January 7, 2010                    LAW OFFICES OF ERIC C. SHAW



                                          ____/s/ Eric C. Shaw_____
                                             Eric C. Shaw
                                          Attorneys for Defendant PEARL SPIRITS, INC.


Dated: January 7, 2010                    LAW OFFICES OF PAUL J. STEINER


                                          ____/s/ Paul J. Steiner_____
                                             Paul J. Steiner
                                          Attorneys for Plaintiff CAREY F. DALY,
                                          individually and as assignee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _1/13/10_____                     _____
                                          Hon. Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*