UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAREY F. DALY, | ) | |
| Plaintiff(s), | ) | No.  C08-4398 PJH (BZ) |
| v. | ) | **BRIEFING ORDER** |
| PEARL SPIRITS, INC., et al., | ) | |
| Defendant(s). | ) | |

Having received defendants' motion for attorneys' fees, **IT IS ORDERED** that any opposition to the motion shall be filed by **FEBRUARY 19, 2010.**  Any reply shall be filed by **FEBRUARY 26, 2010**.  The motion is scheduled to be heard on **MARCH 17, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 5, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\DALY V. PEARL SPIRITS\BRIEFING ORDER.wpd

1