UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY F. DALY, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> PEARL SPIRITS, INC., et al., ) <br> ) <br> Defendant(s). ) <br> ─────────────────────────── ) | No.  C08-4398 PJH (BZ) <br><br> **SECOND BRIEFING ORDER** |

Having received plaintiff's Motion for Review of Clerk's Taxation of Costs, **IT IS ORDERED THAT** defendants shall file their opposition by **FEBRUARY 26, 2010**.  Any reply shall be filed by **MARCH 3, 2010.**  The Court will schedule a hearing if necessary.  The hearing scheduled for **APRIL 7, 2010** is **VACATED.**

Dated: February 19, 2010

　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\DALY V. PEARL SPIRITS\SEC BRIEFING ORDER.wpd

1