1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAREY F. DALY,

        Plaintiff,

    v.

PEARL SPIRITS INC., et al.,

        Defendant(s).

_____/

No. C 08-4398 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

     Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for review of taxation of costs.

     The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated:  March 19, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  Wings, Assigned M/J