UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAREY F. DALY,

       Plaintiff,

      v.

PEARL SPIRITS, INC., et al.,

       Defendants.

_____/

No. C 08-4398 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The court has reviewed Magistrate Judge Zimmerman's Report and Recommendation Re: Plaintiff's Motion for Review of Clerk's Taxation of Costs. No party has filed any objections to the report. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff's motion for review of the clerk's taxation of costs, and plaintiff's concomitant request to adjust the clerk's taxation of costs, is DENIED.

**IT IS SO ORDERED**.

Dated: April 5, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge